### PICKRELL et al. v. BUCKLER et al.
#### (App. No. 15339.)

Supreme Court of Texas.   June 4, 1927.

**Appeal and error** ⊚⟩1089(5)—**Writ of error to Court of Civil Appeals will be refused, if judgment is correct, despite disagreement with reasons therefor.**

Where judgment of Court of Civil Appeals sought to be reviewed is correct, writ of error will be refused, regardless of failure of Supreme Court to concur in all statements in opinion of Court of Appeals.

Error from Court of Appeals of Eighth Supreme Judicial District.

Goggin, Hunter & Brown, of El Paso, for plaintiffs in error.

PER CURIAM. We are not inclined to the view that the covenant to renew in the original lease was void for uncertainty.

We conclude, however, that under the writings executed by the parties the plaintiffs in error had no right or option to renew the lease more than the one time.

The Court of Civil Appeals having therefore entered the correct judgment, the writ of error will be refused, regardless of our failure to concur in all that is said in the opinion.